HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRADLEY RAY CAIRNES,

    Plaintiff,

v.

CITY OF SPOKANE POLICE DEPARTMENT, et al.,

    Defendant.

CASE NO. C19-5266RBL

ORDER

THIS MATTER is before the Court on Plaintiff Cairnes Motion for Leave to Proceed in forma pauperis, supported by his proposed complaint [Dkt. # 1]. Cairnes names as defendants the Police Departments of Spokane, Ocean Shores, and Pacific, as well as the FBI. He claims they murdered his family, are conspiring to kill him:

> Defendants stalked Plaintiff in an organized, relentless manner that terrorized him and his daughters, ultimately killing the girls and poisoning Plaintiff with Arsenic and as part of their plan have successfully prevented Plaintiff from receiving proper medical care which will soon result in his death and they have achieved their goals using their positions of authority and public trust as law enforcement and court officials.
>
> Plaintiff became aware of this conspiracy in January of 2013 while living and working in Couer d'Alene Idaho and began reporting it to the very people responsible, the police.
>
> His family has been brutally murdered in the most unspeakable, evil and terrifying way combined with the arsenic that is now about to kill him renders him unable to continue in an effective manner.

[Dkt. # 1 at 2]

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The Court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis* complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v. Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *see also Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

A *pro se* Plaintiff's complaint is to be construed liberally, but like any other complaint it must nevertheless contain factual assertions sufficient to support a facially plausible claim for relief. *Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009) (citing *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007)). A claim for relief is facially plausible when "the plaintiff pleads factual content that allows the

court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Iqbal*, 556 U.S. at 678.

Ordinarily, the Court will permit pro se litigants an opportunity to amend their complaint in order to state a plausible claim. *See United States v. Corinthian Colleges*, 655 F.3d 984, 995 (9th Cir. 2011) ("Dismissal without leave to amend is improper unless it is clear, upon de novo review, that the complaint could not be saved by any amendment.")

Cairns complaint does not meet this standard. He has not named any individual defendant or articulated any claim against any defendant over which this court has jurisdiction. His claim that four scattered police departments and the FBI conspired to and did brutally murder his daughters (and to poison him) is not plausible. He has not identified any actual facts—the who what when where and why—that add up to a plausible story or a viable federal claim.

The Motion for Leave to Proceed *in forma pauperis* is DENEID. Cairnes shall file an amended complaint addressing these deficiencies within 21 days, or pay the filing fee, or the matter will be dismissed without further notice. If he does pay the filing fee, the case is still subject to *sua sponte* dismissal as frivolous.

IT IS SO ORDERED.

Dated this 22nd day of May, 2019.

Ronald B. Leighton
United States District Judge